IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHN RICHARD ANDERSON § <br> § <br> Plaintiff § <br> § <br> V. § <br> § <br> CONTINENTAL WESTERN § <br> INSURANCE COMPANY, BERKLEY § <br> NATIONAL INSURANCE COMPANY § <br> F/K/A UNION STANDARD INSURANCE § <br> COMPANY, AND CHRISTOPHER § <br> LEE MICHELS, § <br> § <br> Defendants § | CIVIL ACTION NO. 5:17-cv-222 |

## INDEX OF DOCUMENTS FILED IN STATE COURT

Pursuant to Local Rule 81.1(a)(4)(A) Defendants Continental Western Insurance Company and Berkley National Insurance Company F/K/A Union Standard Insurance Company file this Index of Documents Filed in State Court, as of the date Defendant filed its Notice of Removal, and as of the date of this Index being filed.

| NO. | DOCUMENT FILED | FILING PARTY | DATE FILED |
|---|---|---|---|
| 1. | Plaintiff's Original Petition and Requests for Discovery | Plaintiff | 08/23/17 |
| 2. | Citation – Continental Western Insurance Company | Court | 08/25/17 |
| 3. | Citation – Berkley National Insurance Company | Court | 08/25/17 |
| 4. | Citation - Christopher Lee Michels | Court | 08/25/17 |

Respectfully submitted,

/s/ Jennifer G. Martin
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Email: jennifer.martin@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: michael.rose@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 Phone
(214) 698-1101 Facsimile

**ATTORNEYS FOR DEFENDANTS CONTINENTAL WESTERN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY F/K/A UNION STANDARD INSURANCE COMPANY, AND CHRISTOPHER LEE MICHELS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this 22nd day of September, 2017.

Matthew J. Worrall
Worrall Law Group, PLLC
1770 St. James Place, Suite 100
Houston, TX 77056

/s/ Jennifer G. Martin
**JENNIFER G. MARTIN**