## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **JOHN RICHARD ANDERSON** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **CASE NO. 5:17-CV- 00222-M-BQ** |
| | § | |
| **CONTINENTAL WESTERN** | § | |
| **INSURANCE COMPANY, BERKLEY** | § | |
| **NATIONAL INSURANCE COMPANY** | § | |
| **F/K/A UNION STANDARD INSURANCE** | § | |
| **COMPANY, AND CHRISTOPHER** | § | |
| **LEE MICHELS,** | § | |
| | § | |
| **Defendants** | § | |

## DEFENDANT CHRISTOPHER LEE MICHELS' MOTION TO DISMISS

Defendant Christopher Lee Michels ("Michels") files this Motion to Dismiss, asserting that Plaintiff's Original Petition fails to state a claim upon which relief can be granted against him and that Plaintiff's claims against Michels for alleged violations of the Texas Insurance Code § 541.060(a)(1) should be dismissed pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. Further, Michels moves the Court dismiss the claims against him for violations of Texas Insurance Code §§ 541.060(a)(2)(A), 541.060(a)(3), 541.060(a)(4), and 541.060(a)(7) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As detailed in Michels' contemporaneously filed Brief in Support of this Motion, Michels asserts that Plaintiff has not sufficiently pleaded claims against him on which this Court can grant relief to Plaintiff. Accordingly, this Court should dismiss Plaintiff's claims against Michels for misrepresentation pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). Specifically, Plaintiff's claim Michels violated Texas Insurance Code § 541.060(a)(1) and

Plaintiff's claim Michels misrepresented "material facts relating to the coverage at issue" should be dismissed pursuant to Rules 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure. *See* Doc. 1-2 at 9, ¶37. Michels further contends Plaintiff fails to assert sufficient facts supporting all the essential elements of all causes of action against him for alleged violations of the Texas Insurance Code, thereby failing to assert claims against him upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Defendant Michels respectfully requests dismissal of Plaintiff's claims against him for violations of the Texas Insurance Code as stated in Plaintiff's pleading and for any such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/Jennifer G. Martin
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Email: Jennifer.Martin@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: Michael.Rose@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 Phone
(214) 698-1101 Facsimile

**ATTORNEYS FOR DEFENDANTS CONTINENTAL WESTERN INSURANCE COMPANY, BERKLEY NATIONAL INSURANCE COMPANY F/K/A UNION STANDARD INSURANCE COMPANY, AND CHRISTOPHER LEE MICHELS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this 29th day of September, 2017.

Matthew J. Worrall
WORRALL LAW GROUP, PLLC
1770 St. James Place, Ste. 100
Houston, Texas 77056
Telephone (713) 523-5500
Fax (713) 583-3411
Email: mworrall@worralllaw.com
Attorneys for Plaintiff


                    */s/ Jennifer G. Martin*_____
                    **JENNIFER G. MARTIN**