IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **JOHN RICHARD ANDERSON** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| V. | § | CASE NO. 5:17-CV- 00222-M-BQ |
| | § | |
| **CONTINENTAL WESTERN** | § | |
| **INSURANCE COMPANY, BERKLEY** | § | |
| **NATIONAL INSURANCE COMPANY** | § | |
| **F/K/A UNION STANDARD INSURANCE** | § | |
| **COMPANY, AND CHRISTOPHER** | § | |
| **LEE MICHELS,** | § | |
| | § | |
| **Defendants** | § | |

**DEFENDANT BERKLEY NATIONAL INSURANCE COMPANY F/K/A UNION STANDARD INSURANCE COMPANY'S MOTION TO DISMISS**

Defendant Berkley National Insurance Company f/k/a Union Standard Insurance Company ("Berkley") files this Motion to Dismiss, asserting that Plaintiff's Original Petition fails to state a claim upon which relief can be granted against it, so this Court should dismiss all claims against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As detailed in Berkley's contemporaneously filed Brief in Support of this Motion, Berkley asserts that Plaintiff has not stated a claim against it because it cannot prove essential elements of Plaintiff's cause of action against it. Specifically, Plaintiff fails to establish the existence of a contract between Plaintiff and Berkley. Defendant Continental Insurance Company is the insurance carrier that issued the subject insurance policy contract to Plaintiff. Accordingly, this Court should dismiss Plaintiff's claims against Berkley pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Further, Plaintiff fails to allege sufficient facts to establish a possibility of recovery against Defendant Berkley.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Berkley respectfully requests dismissal of Plaintiff's claims against it for failure to state a claim and for any such other and further relief to which it may be justly entitled.

    Respectfully submitted,

*/s/ Jennifer G. Martin*
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Email: Jennifer.Martin@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: Michael.Rose@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 Phone
(214) 698-1101 Facsimile

**ATTORNEYS FOR DEFENDANTS CONTINENTAL WESTERN INSURANCE COMPANY, BERKLEY NATIONAL INSURANCE COMPANY F/K/A UNION STANDARD INSURANCE COMPANY, AND CHRISTOPHER LEE MICHELS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this 29th day of September, 2017.

Matthew J. Worrall
WORRALL LAW GROUP, PLLC
1770 St. James Place, Ste. 100
Houston, Texas 77056
Telephone (713) 523-5500
Fax (713) 583-3411
Email: mworrall@worralllaw.com
Attorneys for Plaintiff

                                                     */s/ Jennifer G. Martin*
                                                     **JENNIFER G. MARTIN**