**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| JOHN RICHARD ANDERSON<br>*Plaintiff,*<br>v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, BERKLEY NATIONAL INSURANCE COMPANY F/K/A UNION STANDARD INSURANCE COMPANY, AND CHRISTOPHER LEE MICHELS,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:17-CV-222 |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**
**AGAINST DEFENDANT BERKLEY NATIONAL INSURANCE**
**COMPANY F/K/A UNION STANDARD INSURANCE COMPANY**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Motion to Dismiss without Prejudice. Plaintiff John Richard Anderson at this time, no longer wishes to pursue his claims against Defendant Berkley National Insurance Company F/K/A Union Standard Insurance Company. Plaintiff John Richard Anderson requests that the Court dismiss all claims of Berkley National Insurance Company F/K/A Union Standard Insurance Company without prejudice as to their re-filing. A proposed order is attached.

Respectfully submitted,

By:   */s/Matthew J. Worrall*
**Matthew J. Worrall**
SBN: 24070883
FBN: 2148714
WORRALL LAW GROUP, PLLC
1770 Saint James Place, Suite 100
Houston, Texas 77056
Telephone (713) 523-5500
Facsimile (713) 583-3411

1

Email:mworrall@worralllaw.com<br>
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on Tuesday, October 3, 2017, a true and correct copy of the foregoing was served on all counsel of record by ECF in accordance with the Federal Rules of Civil Procedure.

                                        */s/ Matthew J. Worrall*
                                        Matthew J. Worrall