**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| JOHN RICHARD ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CONTINENTAL WESTERN INSURANCE | § | Civil Action No.: 5:17-CV-222-M |
| COMPANY, BERKLEY NATIONAL | § | |
| INSURANCE COMPANY F/K/A UNION | § | |
| STANDARD INSURANCE COMPANY, | § | |
| AND CHRISTOPHER LEE MICHELS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss Without Prejudice Against

Defendant Berkley National Insurance Company [ECF No. #14].  The Motion is **GRANTED**.  All

claims asserted by Plaintiff against Defendant Berkley National Insurance Company are dismissed

without prejudice, and each party is to bear his or its own costs of court.

**SO ORDERED**.

October 10, 2017.


_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**