IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOHN RICHARD ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CONTINENTAL WESTERN INSURANCE | § | Civil Action No.: 5:17-CV-222-M |
| COMPANY AND CHRISTOPHER LEE | § | |
| MICHELS, | § | |
| | § | |
| Defendants. | § | |

**STANDING ORDER OF REFERENCE
AND NOTICE OF OPTION TO CONSENT TO
PROCEED BEFORE THE MAGISTRATE JUDGE**

    This case is now referred to United States Magistrate Judge D. Gordon Bryant, Jr. for pretrial management. All non-dispositive motions are prospectively referred to the Magistrate Judge for determination. All dispositive motions are prospectively referred to the Magistrate Judge for report and recommendation. All other pretrial matters, including scheduling and possible alternative dispute resolution, are referred to the Magistrate Judge for appropriate action consistent with applicable law. Judge Bryant will issue a separate order governing the filing and disposition of pretrial motions.

I.

    The parties may consent to have all further proceedings in this case, including a jury or non-jury trial, conducted by the Magistrate Judge. *See* 28 U.S.C. § 636(c). In this regard, the attorneys shall advise their clients that Judge Bryant will likely be able to give this case a special trial setting. This Court is unable to accommodate such a request because of criminal cases and older civil matters that take precedence on its docket. Alternatively, the parties may consent to have the Magistrate Judge make final rulings on case dispositive motions, while reserving their right to trial before the District Judge. A consent form is attached for your convenience. This form must be completed by each party and returned to the district clerk within 20 days from the date of this Order. Any party is free to withhold consent without substantive adverse consequences.

II.

     If all parties consent to the authority of the Magistrate Judge for all purposes, the case will be transferred to Judge Bryant. An appeal from a judgment entered by the Magistrate Judge will be taken directly to the appropriate United States court of appeals in the same manner as an appeal from any other judgment of a district court.

III.

     If all parties do not consent, the case will remain with Judge Bryant for pretrial management. Judge Bryant will issue a scheduling order and preside over all pretrial matters, including determining all non-dispositive motions and making recommendations on all dispositive motions.

IV.

     Any questions concerning this Order or any matter related to this case should be directed to Dianna Davis, Courtroom Deputy to Magistrate Judge Bryant at 806/472-1914.

     **SO ORDERED**.

October 11, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE