IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **JOHN RICHARD ANDERSON** | § § § | |
| **Plaintiff** | § § | |
| V. | § § | CASE NO. 5:17-CV- 00222-M-BQ |
| **CONTINENTAL WESTERN INSURANCE COMPANY AND CHRISTOPHER LEE MICHELS** | § § § § | |
| **Defendants** | § § | |

**APPENDIX TO DEFENDANT CONTINENTAL WESTERN INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE BRYANT:

Defendant Continental Western Insurance Company submits its Appendix to Defendant Continental Western Insurance Company's Response in Opposition to Plaintiff's Motion to Remand and Brief in Support:

**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---|---|---|
| Exhibit A | Pierce Garland Report | App. 1-66 |
| Exhibit B | Correspondence from Christopher Michels to John Richard Anderson | App. 67-72 |

Respectfully submitted,

/s/Jennifer G. Martin
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Email: Jennifer.Martin@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email:  Michael.Rose@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 Phone
(214) 698-1101 Facsimile

**ATTORNEYS FOR DEFENDANTS CONTINENTAL WESTERN INSURANCE COMPANY, AND CHRISTOPHER LEE MICHELS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 7th day of November, 2017.

Matthew J. Worrall
WORRALL LAW GROUP, PLLC
1770 St. James Place, Ste. 100
Houston, Texas 77056
Telephone (713) 523-5500
Fax (713) 583-3411
Email: mworrall@worralllaw.com
**Attorneys for Plaintiff**

/s/  Jennifer G. Martin
**JENNIFER G. MARTIN**