IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOHN RICHARD ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:17-CV-222-M |
| | § | |
| CONTINENTAL WESTERN INSURANCE | § | |
| COMPANY, BERKLEY NATIONAL | § | |
| INSURANCE COMPANY F/K/A UNION | § | |
| STANDARD INSURANCE COMPANY, | § | |
| AND CHRISTOPHER LEE MICHELS, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is now ripe for review. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** Plaintiff's Motion to Remand and **DENIES** Plaintiff's request for attorneys' fees and costs (ECF No. 18). Defendant Christopher Lee Michels's Motion to Dismiss (ECF No. 9) is **DENIED** due to a lack of subject matter jurisdiction, and Defendant Berkley National Insurance Company's Motion to Dismiss (ECF No. 11) is **DENIED as moot**.

1

This case is hereby **REMANDED** to the 132nd Judicial District Court of Borden County, Texas. The Clerk of this Court shall mail a certified copy of this order to the District Clerk of Borden County, Texas.

**SO ORDERED**.

January 31, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE